**STATE of Missouri, Respondent,**

v.

**Roger E. WERNER, Appellant.**

**No. WD 70986.**

Missouri Court of Appeals,
Western District.

Aug. 24, 2010.

Daniel N. McPherson, for Respondent.

Andrew M. Curley, for Appellant.

Before Division Three: JAMES M. SMART, JR., Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

***ORDER***

PER CURIAM:

Roger Werner appeals from his conviction by jury of one count of possession of a controlled substance (methamphetamine), § 195.202, and the four-year prison sentence he received as a result of that conviction. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the rea-

sons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).